Commonwealth *v.* Richard Martin.

[Abstract Kentucky Law Reporter, Vol. 1—279.]

**Criminal Law—Indictment for Forgery.**

An indictment attempting to charge forgery is insufficient which only charges that the accused "did unlawfully forge an instrument," etc., and the further allegation that "this writing was so forged and falsely made." Such allegations but state conclusions of law, and not statements of facts required by the code.

APPEAL FROM McCRACKEN CIRCUIT COURT.

September 7, 1880.

Opinion by Judge Hines:

The demurrer to the indictment was properly sustained. The allegation that appellee "did unlawfully forge an instrument," and the further allegation that "this writing was so forged and falsely made," are but statements of conclusions of law, and not statements of facts constituting the offense as required by the code. *Stowers v. Commonwealth,* 12 Bush 342; *Commonwealth v. Williams,* 13 Bush 267.

Judgment *affirmed.*

*P. W. Hardin, for appellant.*